**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01561-CMA-CBS

JEANETTE WESLEY,

    Plaintiff,

v.

WEST ASSET MANAGEMENT, INC., a Delaware corporation,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with F.R.Civ.P. 41(a)(1)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 18) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: November __17__, 2008

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge